**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

# OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Sara Kathryn Jackson withdraws her appearance as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed on the attached Exhibit A effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Michael T. Freeman is hereby substituted as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed on the attached Exhibit A effective as of the date of this notice.

Date: October 16, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*

Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

**Certificate of Service**

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court and served it via the Court's CM/ECF system upon all parties who have entered an appearance in these cases.

*/s/ Michael T. Freeman*
Michael T. Freeman
Asst. United States Trustee

**EXHIBIT A**

| **Case Number** | **Case Name** |
|---|---|
| | |
| 22-10688-KHK | Megan Lee Suarez |
| 23-10446-KHK | Tiffany Elizabeth Ball |
| 23-11029-KHK | Dahlia Mediterranean, LLC |
| 23-11304-BFK | Capital Sleep Supply-Vienna, LLC |
| 23-11535-BFK | Cuppett Performing Art Center, Inc. |
| 21-12099-KHK | Julio Garriga and Zaida Gonzalez-Alvarez |
| 22-10165-KHK | Waheeb Antakly and Maria Antakly |
| 22-11038-KHK | Hope Trucker Logistics LLC |
| 22-11235-BFK | Ali Abbarin |
| 22-11651-KHK | Denise Renee Brown |
| 23-10180-BFK | Ahmad Reza Dastgheib |
| 23-10428-BFK | Debra G. Condon |
| 23-11014-KHK | Judith L. Brassfield |
| 23-12078-KHK | Vittorio Testa |
| 24-10873-BFK | Derrick Williams |
| 22-10794-KHK | Ticonderoga Farms, LLC |
| 22-11166-KHK | Nova Enterprise, LLC |
| 23-10468-BFK | All American Black Car Service, Inc. |
| 23-11251-KHK | Waverly Mansion LLC |
| 23-11273-KHK | Jason M. Olms |
| 23-11524-KHK | Scott K. Satterfield |
| 23-10038-BFK | Karen Rackel |
| 23-10111-KHK | Larisa Valery Dzirkal |
| 23-10674-BFK | Denell Williams, Jr. and Kim A. Williams |
| 24-11237-KHK | Derrick Williams |
| 21-11947-BFK | Leo Yim and Unmi Yim |
| 23-10394-KHK | Derrick M. Spruill |
| 23-10457-KHK | James Lee Yarrison |
| 24-12078-KHK | Michigan Auto, LLC |
| 20-10852-KHK | Anthony Paul Duplessis |
| 21-11665-BFK | Kimberly Helen Martin |
| 21-12093-KHK | Brian Arthur Baxter |
| 22-10140-KHK | Glendia Evans |
| 22-10643-KHK | Marcia Y. Johnson |
| 22-10662-BFK | BV Management LLC |
| 22-11531-KHK | David L. Brode |
| 23-10300-KHK | Macedon Consulting Inc. |
| 23-10957-BFK | Julien Peloquin |
| 23-11997-BFK | 3210-12 Walbrook Ave. LLC |
| 24-11441-KHK | Kevin C. Rychlik |